UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lois H. Goodman |
| v. | : | Mag. No.: 10-4501 |
| OMAR FLORES and<br>JERRY DRAGOSET | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and defendant OMAR FLORES (by Robin Lord, Esq.), and defendant JERRY DRAGOSET (by Charles Waldron, Esq.), , for an order granting a continuance of the proceedings in the above-captioned matter for a period of **sixty** days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendants being aware that they have the right to have the matter submitted to a grand jury within thirty days of the date of **their** arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendants having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 9th day of April 2010,

ORDERED that this action be, and it hereby is, continued for a period of sixty days from April 5, 2010; and it is further

ORDERED that the period from April 5, 2010 through June 4, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. Lois H. Goodman
United States Magistrate Judge

Form and entry
consented to:

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
Robin Lord, Esq.
Counsel for defendant Omar Flores


_____
Charles Waldron, Esq.
Counsel for defendant Jerry Dragoset

Form and entry
consented to:

_____
R. Joseph Gribko
Assistant U.S. Attorney


_____
Robin Lord, Esq.
Counsel for defendant Omar Flores


_____
Charles Waldron, Esq.
Counsel for defendant Jerry Dragoset